# EXHIBIT A



**Corporate Creations Network Inc.**
801 US Highway 1 North Palm Beach, FL 33408

Rich Products Corporation
Ellen  Carey  Legal Assistant
Rich Products
One Robert Rich Way
Buffalo NY 14213

January 09, 2024

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s).  **ALL information should be verified by you.**

Item: 2024-9

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard. IMPORTANT: All changes or updates to the SOP contact individuals or their contact information must be submitted in writing to SOPcontact@corpcreations.com. Any changes will become effective upon written confirmation of Corporate Creations.

| 1. | **Entity Served:** | Rich Products Corporation |
|---|---|---|
| 2. | **Title of Action:** | Genesis Sanchez-Rivera vs. Rich Products Corporation |
| 3. | **Document(s) Served:** | Summons - Civil<br>Complaint<br>Prayer for Relief<br>Statement of Amount in Demand |
| 4. | **Court/Agency:** | New Britain Superior Court |
| 5. | **State Served:** | Connecticut |
| 6. | **Case Number:** | N/A |
| 7. | **Case Type:** | Disability Discrimination |
| 8. | **Method of Service:** | Hand Delivered |
| 9. | **Date Received:** | Monday 01/08/2024 |
| 10. | **Date to Client:** | Tuesday 01/09/2024 |
| 11. | **# Days When Answer Due:**<br>**Answer Due Date:** | 15<br>Tuesday 01/23/2024 | <span style="color:red">CAUTION:</span> Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | **Sop Sender:**<br>(Name, City, State, and Phone Number) | Emanuele R. Cicchiello, Esq.<br>Hartford, CT<br>860-296-3457 |
| 13. | **Shipped To Client By:** | Email Only with PDF Link |
| 14. | **Tracking Number:** | |
| 15. | **Handled By:** | 071 |
| 16. | **Notes:** | Also Attached:<br>* Exhibit A |

NOTE: This notice and the information above are provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information.  At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process.  To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective.  It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

# SUMMONS - CIVIL

JD-CV-1 Rev. 2-22
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov



**Instructions are on page 2.**

- [ ] Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
- [x] Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
- [ ] Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 20 Franklin Square, New Britain, CT 06051 | (860) 515-5180 | January 23, 2024 |

| [x] Judicial District    G.A. | At (City/Town) | Case type code (See list on page 2) |
| [ ] Housing Session    Number: | New Britain | Major: M    Minor: 90 |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| Cicchiello & Cicchiello LLP, 364 Franklin Avenue, Hartford, CT 06114 | 419987 |

| Telephone number | Signature of plaintiff (if self-represented) |
|---|---|
| (860) 296-3457 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   [x] Yes  [ ] No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed): manny@cicchielloesq.com

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| First plaintiff | Name: Genesis Sanchez-Rivera<br>Address: c/o 364 Franklin Avenue, Hartford, CT 06114 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name: Rich Products Corporation - One Robert Rich Way, Buffalo, NY 14213<br>Address: Agent Details - Corporate Creations Network Inc. - 6 Landmark Square, 4th Floor, Stamford, CT 06901 | D-01 |
| Additional defendant | Name:<br>Address: | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

A True Copy
Attest W. Fry
W.W. Fry
Connecticut State Marshal
Fairfield County

| Total number of plaintiffs: 1 | Total number of defendants: 1 | [ ] Form JD-CV-2 attached for additional parties |

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed (Sign and select proper box) | [x] Commissioner of Superior Court | Name of person signing |
|---|---|---|---|
| 12/26/2023 | *Ercicc* | [ ] Clerk | Emanuele R. Cicchiello, Esq. |

If this summons is signed by a Clerk:
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

| For Court Use Only |
| File Date |

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |
|---|---|---|---|

Page 1 of 2

**Instructions**

1. Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.
2. If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.
3. Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.
4. After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.
5. Use this summons for the case type codes shown below.

Do not use this summons for the following actions:
(a) Family matters (for example divorce, child support, custody, parentage, and visitation matters)
(b) Any actions or proceedings in which an attachment, garnishment or replevy is sought
(c) Applications for change of name
(d) Probate appeals
(e) Administrative appeals
(f) Proceedings pertaining to arbitration
(g) Summary Process (Eviction) actions
(h) Entry and Detainer proceedings
(i) Housing Code Enforcement actions

**Case Type Codes**

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION | MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 50 | Uninsured/Underinsured Motorist Coverage | | | |
| | C 60 | Uniform Limited Liability Company Act – C.G.S. 34-243 | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | C 90 | All other | | T 03 | Defective Premises - Private - Other |
| Eminent Domain | E 00 | State Highway Condemnation | | T 11 | Defective Premises - Public - Snow or Ice |
| | E 10 | Redevelopment Condemnation | | T 12 | Defective Premises - Public - Other |
| | E 20 | Other State or Municipal Agencies | | T 20 | Products Liability - Other than Vehicular |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 28 | Malpractice - Medical |
| | E 90 | All other | | T 29 | Malpractice - Legal |
| | | | | T 30 | Malpractice - All other |
| Housing | H 10 | Housing - Return of Security Deposit | | T 40 | Assault and Battery |
| | H 12 | Housing - Rent and/or Damages | | T 50 | Defamation |
| | H 40 | Housing - Housing - Audita Querela/Injunction | | T 61 | Animals - Dog |
| | H 50 | Housing - Administrative Appeal | | T 69 | Animals - Other |
| | H 60 | Housing - Municipal Enforcement | | T 70 | False Arrest |
| | H 90 | Housing - All Other | | T 71 | Fire Damage |
| | | | | T 90 | All other |
| Miscellaneous | M 00 | Injunction | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 10 | Receivership | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 15 | Receivership for Abandoned/Blighted Property | | V 05 | Motor Vehicles* - Property Damage only |
| | M 20 | Mandamus | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | V 09 | Motor Vehicle* - All other |
| | M 40 | Arbitration | | V 10 | Boats |
| | M 50 | Declaratory Judgment | | V 20 | Airplanes |
| | M 63 | Bar Discipline | | V 30 | Railroads |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 40 | Snowmobiles |
| | | | | V 90 | All other *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 68 | Bar Discipline - Inactive Status | | | |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | | |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | | |
| | M 83 | Small Claims Transfer to Regular Docket | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | M 84 | Foreign Protective Order | | W 90 | All other |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 | | | |
| | M 90 | All other | | | |

| | |
|---|---|
| RETURN DATE: JANUARY 23, 2024 : | SUPERIOR COURT |
| GENESIS SANCHEZ-RIVERA : | JUDICIAL DISTRICT |
| VS. : | OF NEW BRITAIN |
| RICH PRODUCTS CORPORATION : | DECEMBER 26, 2023 |

## COMPLAINT

**FIRST COUNT:**   Disability Discrimination in Violation of Conn. Gen. Stat. § 46a-60(b)(1)

1. At all times set forth herein, the Plaintiff, Genesis Sanchez-Rivera ("Plaintiff"), was a resident of New Britain, Connecticut.

2. At all times set forth herein, the Defendant, Rich Products Corporation ("Defendant"), was a foreign corporation organized under the laws of the State of Delaware with a primary business address of One Robert Rich Way, Buffalo, NY 14213.

3. Plaintiff filed a timely administrative complaint against Defendant with the Connecticut Commission on Human Rights and Opportunities, and thereafter received a release of jurisdiction letter therefrom, a copy of which is appended hereto as Exhibit A. This Action is brought within 90 days of receipt of said release of jurisdiction letter. As such, Plaintiff has exhausted all administrative remedies and this Action is timely.

4. Defendant operates frozen specialty food manufacturing facilities, with one such facility located at 163 Myrtle Street in New Britain, Connecticut.

5. Plaintiff commenced employment with Defendant on or about December 13, 2021, at the aforementioned New Britain location in the position of cake decorator.

6. Throughout her tenure, Plaintiff's job responsibilities included, *inter alia*, putting frosting on cakes.

7. Plaintiff suffers from epilepsy, causing her to have seizures every so often.

8. Medical providers have stated to Plaintiff that, with appropriate medication, she is able to perform the essential functions of her job.

9. Plaintiff takes such appropriate medication for seizure prevention.

10. On or about January 17, 2023, Plaintiff suffered from a seizure while at work.

11. Plaintiff was taken to the hospital.

12. On or about January 18, 2023, Plaintiff was given a note by her doctor clearing her to return to work the following day, January 19, 2023.

13. That same day, January 18, 2023, Plaintiff returned to work and gave said note to Defendant Human Resources.

14. Defendant Human Resources did not accept the note. Plaintiff was told the note was insufficient because it did not say anything about her condition other than that she could return to work.

15. Plaintiff then got another note from her doctor, which was accepted by Defendant Human Resources. Defendant Human Resources told Plaintiff to return to work on January 19, 2023, as instructed by her doctor.

16. On or about January 19, 2023, Plaintiff returned to work, but was told that she could not perform her job duties until Defendant spoke with her doctor due to the restrictions listed in the doctor's note.

17. Plaintiff was told to return home until Defendant decided what to do.

18. Plaintiff was subsequently put on the work schedule despite being told not to come into work. She was recorded as absent for those days.

19. On or about January 26, 2023, Plaintiff received a call from Defendant Human Resources Representative, Sandra (last name unrecalled, hereinafter, "Sandra").

2

20. Sandra informed Plaintiff that she could not work for Defendant anymore because of the doctor's restrictions on operating heavy machinery and using sharp objects, like knives.

21. Plaintiff responded that her normal job duties did not require her to operate any heavy machinery or use any sharp objects.

22. Sandra then stated that the conveyor belt constituted heavy machinery. Sandra then terminated Plaintiff's employment.

23. Plaintiff did not operate the conveyor belt; she only took cakes on and off of it.

22. The foregoing conduct of the Defendant constitutes disability discrimination in violation of Conn. Gen. Stat. § 46a-60(b)(1).

23. As a result of the foregoing conduct of the Defendant, the Plaintiff was caused to suffer monetary damages including, but not limited to, lost wages.

24. As a further result of the foregoing conduct of the Defendant, the Plaintiff was caused to suffer non-economic losses and damages.

25. As a further result of the foregoing conduct of the Defendant, the Plaintiff has incurred, or will incur, attorney's fees and costs.

THE PLAINTIFF
GENSIS SANCHEZ-RIVERA

By:_____
Emanuele R. Cicchiello, Esq.
CICCHIELLO & CICCHIELLO LLP
364 Franklin Avenue
Hartford, CT 06114
Tel: (860) 296-3457
Fax: (860) 296-0676
Juris: 419987
Email: manny@cicchielloesq.com

3

A True Copy
Attest  W. Fry
W.W. Fry
Connecticut State Marshal
Fairfield County

| | | |
|---|---|---|
| **RETURN DATE: JANUARY 23, 2024** | : | **SUPERIOR COURT** |
| | : | |
| **GENESIS SANCHEZ-RIVERA** | : | **JUDICIAL DISTRICT** |
| | : | |
| **VS.** | : | **OF NEW BRITAIN** |
| | : | |
| **RICH PRODUCTS CORPORATION** | : | **DECEMBER 26, 2023** |

<u><b>PRAYER FOR RELIEF</b></u>

**WHEREFORE,** the Plaintiff prays for the following relief:

1. Money damages;

2. Reinstatement or front pay;

3. Reasonable attorney's fees and costs; and

4. Such other relief as is allowable by law.

THE PLAINTIFF
GENSIS SANCHEZ-RIVERA

By:_____
Emanuele R. Cicchiello, Esq.
CICCHIELLO & CICCHIELLO LLP
364 Franklin Avenue
Hartford, CT 06114
Tel: (860) 296-3457
Fax: (860) 296-0676
Juris: 419987
Email: manny@cicchielloesq.com

A True Copy
Attest W. Fry
W.W. Fry
Connecticut State Marshal
Fairfield County

| | | |
|---|---|---|
| RETURN DATE: JANUARY 23, 2024 | : | SUPERIOR COURT |
| | : | |
| GENESIS SANCHEZ-RIVERA | : | JUDICIAL DISTRICT |
| | : | |
| VS. | : | OF NEW BRITAIN |
| | : | |
| RICH PRODUCTS CORPORATION | : | DECEMBER 26, 2023 |

### STATEMENT OF AMOUNT IN DEMAND

The Plaintiff herein certifies that the amount in demand is in excess of $15,000.00, exclusive of interest and costs.

THE PLAINTIFF
GENSIS SANCHEZ-RIVERA

By: *[signature]*
Emanuele R. Cicchiello, Esq.
CICCHIELLO & CICCHIELLO LLP
364 Franklin Avenue
Hartford, CT 06114
Tel: (860) 296-3457
Fax: (860) 296-0676
Juris: 419987
Email: manny@cicchielloesq.com

A True Copy
Attest *W. Fry*
W.W. Fry
Connecticut State Marshal
Fairfield County

5

# EXHIBIT A

**STATE OF CONNECTICUT**
**COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES**



Genesis Sanchez-Rivera
**COMPLAINANT**

CHRO No. 2310433
EEOC No. 16A-2023-01298

v.

Rich Products Corporation
**RESPONDENT**

## RELEASE OF JURISDICTION

The Commission on Human Rights and Opportunities hereby releases its jurisdiction over the above-identified complaint. The Complainant is authorized to commence a civil action in accordance with CONN. GEN. STAT. § 46a-100 against the Respondent in the Superior Court for the judicial district in which the discriminatory practice is alleged to have occurred, in which the Complainant resides or in which the Respondent transacts business. If this action involves a state agency or official, it may be brought in the Superior Court for the judicial district of Hartford.

A copy of any civil action brought in accordance with this release must be served on the Commission by email at ROJ@ct.gov or by regular U.S. mail at 450 Columbus Blvd. – Suite 2, Hartford, CT 06103 at the same time all other parties are served. Service by email is preferred. **THE COMMISSION MUST BE SERVED BECAUSE IT HAS A RIGHT TO INTERVENE IN ANY ACTION BASED ON A RELEASE OF JURISDICTION PURSUANT TO CONN. GEN. STAT. § 46a-103.**

The Complainant must bring an action in Superior Court within 90 days of receipt of this release and within two years of the date of filing the complaint with the Commission unless circumstances tolling the statute of limitations are present.

**DATE:**   December 22, 2023

_Tanya A. Hughes_
Tanya A. Hughes, Executive Director

cc:   Emanuele Cicchiello, Esq., via email: manny@cicchielloesq.com
Sara R. Simeonidis, Esq., via email: sara.simeonidis@jacksonlewis.com

JAN 0 8 2024